IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED AUG -2 2022 CLERK, U.S. DISTRICT COURT RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:22-CR-115 |
| v. | |
| ROLMAN BALCARCEL-BAVAGAS, | 8 U.S.C. § 1326(a) |
| | Illegal Reentry |
| *Defendant.* | |

## INDICTMENT

August 2022 TERM - At Richmond

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about July 1, 2022, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, ROLMAN BALCARCEL-BAVAGAS, an alien who had previously been removed from the United States on or about October 22, 2013, and again on or about August 8, 2014, was found in the United States without having obtained the express consent of the Attorney General or his successor, the Secretary of Homeland Security, for re-application for admission into the United States.

(In violation of Title 8, United States Code, Section 1326(a)).

A TRUE BILL

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Kashan K. Pathan
Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office