GRAND JURY RETURNS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION


FILED
AUG - 2 2022
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Date 8·2·22     Judge Colombell, USMJ

Grand Jury Panel # 22-1     Grand Jury Foreperson (✓)

Court Reporter Yvonne L. Kimmel +     Counsel for Govt Stephen Anthony
Camron F. Jordan - veteran Court Reporters

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:
1. US v Bates
2. US v Lewis
3. US v Mendoza-Santos
4. US v _____

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:
1. US v Torrence
2. US v Balcorcel-Bavagas
3. US v Ross
4. US v Harrison
5. US v Morgan
6. US v Greene
7. US v Lopez

On motion of the Government, SUMMONS shall be issued as follows:
1. US v _____
2. US v _____
3. US v _____

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:
1. US v _____
2. US v _____
3. US v _____
4. US v _____

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:
1. US v _____
2. US v _____

Additional Motions, etc: _____

Began: 3:52     Ended: 3:57     Time in Court: 5 minutes